# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MILWAUKEE ELECTRIC TOOL CORPORATION, METCO BATTERY TECHNOLOGIES, LLC, AC (MACAO COMMERCIAL OFFSHORE) LIMITED and TECHTRONIC INDUSTRIES CO. LTD., | )<br>)<br>)<br>)<br>)<br>) |
| *Plaintiffs*, | ) Case No. 2-14-cv-01294-JPS<br>)<br>) Hon. J.P. Stadtmueller |
| v. | )<br>) JURY TRIAL DEMANDED |
| TOOLTECHNIC SYSTEMS LLC, | ) |
| *Defendant*. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiffs Milwaukee Electric Tool Corporation, Metco Battery Technologies, LLC, AC (Macao Commercial Offshore) Limited, and Techtronic Industries Co. Ltd. and Defendant Tooltechnic Systems LLC jointly, by their respective counsel, hereby stipulate to the dismissal with prejudice of all claims in this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and the terms of the settlement agreement executed by the parties. Each party shall bear its own costs, expenses, and attorneys' fees.

Respectfully submitted on April 28, 2015

| | |
|---|---|
| s/ James N. Law | s/ Matthew W. O'Neill |
| Scott W. Hansen | Matthew W. O'Neill |
| shansen@reinhartlaw.com | mwoneill@foslaw.com |
| Paul Stockhausen | Fox, O'Neill & Shannon, S.C. |
| Pstockhausen@reinhartlaw.com | 622 North Water Street, #500 |
| Jessica H. Polakowski | Milwaukee, WI 53202 |
| jpolakowski@reinhartlaw.com | Phone: (414) 273-3939 |
| James N. Law | Fax: (414) 273-3947 |
| jlaw@reinhartlaw.com | |
| Reinhart Boerner Van Deuren, S.C. | Brian C. Riopelle |
| 1000 North Water Street, Suite 1700 | briopelle@mcguirewoods.com |
| Milwaukee, WI 53202 | Derek H. Swanson |
| Phone: (414) 298-1000 | dswanson@mcguirewoods.com |
| Fax: (414) 298-8097 | McGuireWoods LLP |
| | One James Center |
| Jason C. White | 901 East Cary Street |
| Illinois Bar No. 6238352 | Richmond, VA 23219-4030 |
| jwhite@morganlewis.com | Phone: (804) 775-1084 |
| MORGAN, LEWIS & BOCKIUS LLP | Fax: (804) 698-2150 |
| 77 West Wacker Drive | *Admission Pending* |
| Chicago, IL 60601 | |
| Phone: (312) 324-1775 | *Attorneys for Defendant Tooltechnic Systems LLC* |
| Fax: (312) 324-1001 | |

Sean C. Cunningham
California Bar No. 174931
Sean.Cunningham@dlapiper.com
Erin Gibson
California Bar No. 229305
Erin.Gibson@dlapiper.com
Tiffany Miller
California Bar No. 246987
Tiffany.Miller@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101
Phone: (619) 699-2700
Fax: (619) 699- 2701

*Attorneys for Plaintiffs Milwaukee Electric Tool Corporation, Metco Battery Technologies, LLC, AC (Macao Commercial Offshore) Limited, and Techtronic Industries Co. Ltd.*